IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| | : | |
| JOHN DOES, 1-18 | : | No. 12-2095 |
| | : | |
| Defendants. | : | |

### ORDER

AND NOW, this 30th day of May 2012, it is hereby ORDERED that this Court's May 29, 2012 Order (Doc. No. 6) is hereby VACATED.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.