IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOES 1 – 18, ) <br> ) <br> Defendants. ) | Civil No.: 2:12-cv-02095 <br><br> Hon. Legrome D. Davis |

ENTRY OF APPEARANCE OF CHARLES THOMAS, JR.

Kindly enter the appearance of Charles Thomas, Jr., on behalf of defendant John Doe 3.

Dated this 16th day of July, 2012.

/S/ CHARLES THOMAS, JR.
Charles Thomas, Jr., Esq.
Attorney for John Doe 6

The Thomas Firm
117 West Gay Street
Suite 316
West Chester, PA 19380
877-397-3003
ct@thomastrials.com
Attorney ID: 89781

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No.: 2:12-cv-02095 |
| v. ) | |
| ) | Hon. Legrome D. Davis |
| JOHN DOES 1 – 18, ) | |
| ) | |
| Defendants. ) | |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that he filed the foregoing Entry of Appearance on July 16, 2012 via the Court's CM/ECF filing system, thereby serving all parties of record.

The undersigned also certifies that he served a copy of the foregoing upon Comcast Legal Response Center via facsimile at 866-947-5587.

Respectfully submitted,

<u>/S/ CHARLES THOMAS, JR.</u>
Charles Thomas, Jr., Esq.