IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No.: 2:12-cv-02095 |
| v. | ) | |
| | ) | Hon. Legrome D. Davis |
| JOHN DOES 1 – 18, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Defendant John Doe 3, by and through counsel, and pursuant to Federal Rules of Civil Procedure 20, 26, and 45, moves the Court to quash the subpoena served by Plaintiff on Comcast Corporation seeking Defendant's name and address; and/or to sever the Defendant from the case; and/or issue a protective order; and/or any other relief the Court deems just and proper. For the reasons set forth Defendant's Brief in Support of Motion to Quash and/or Sever filed contemporaneously herewith, the Defendant's motion should be granted.

WHEREFORE, Defendant John Doe 3 prays that the Court enter an order granting the requested relief.

Dated this 16th day of July, 2012.

/S/ CHARLES THOMAS, JR.
Charles Thomas, Jr., Esq.
Attorney for John Doe 3

The Thomas Firm
117 West Gay Street
Suite 316
West Chester, PA 19380
877-397-3003
ct@thomastrials.com
Attorney ID: 89781

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MALIBU MEDIA, LLC )
)
        Plaintiff, )
)   Civil No.: 2:12-cv-02095
  v. )
)   Hon. Legrome D. Davis
JOHN DOES 1 – 18, )
        Defendants. )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he filed the foregoing Motion to Quash and/or Sever on July 16, 2012 via the Court's CM/ECF filing system, thereby serving all parties of record.

The undersigned also certifies that he served a copy of the foregoing upon Comcast Legal Response Center via facsimile at 866-947-5587.

Respectfully submitted,

/S/ CHARLES THOMAS, JR.
Charles Thomas, Jr., Esq.