IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No.: 2:12-cv-02095 |
| v. ) | |
| ) | Hon. Legrome D. Davis |
| JOHN DOES 1 – 18, ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF JOHN DOE 3 IN SUPPORT OF THE MOTION TO QUASH SUBPOENA AND/OR SEVER

John Doe 3, under penalty of perjury and pursuant to 28 U.S.C. §1746 declares and states as follows:

1. I am the Comcast subscriber associated with IP address 68.81.101.169. I am over the age of 21 and competent to execute this Declaration. The statements made herein are based upon my personal knowledge.

2. I have been advised that a subpoena has been served upon Comcast seeking my true name and physical address.

3. For purposes of this Declaration, I remain anonymous and will not disclose my name or location.

4. I reside in a townhome shared with two other people.

5. I operate a wireless network with multiple authorized users.

6. All users on this network share the same IP address.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this the 13th day of July, 2012.

*JOHN DOE 3*

John Doe 3

Charles Thomas, Jr.
Attorney for John Doe 3
The Thomas Firm
117 West Gay Street
Suite 316
West Chester, PA 19380
877-397-3003
ct@thomastrials.com