IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:12-cv-02095-LDD |
| | : |
| JOHN DOES 1-18, | : |
| | : |
| Defendants. | : |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE 5 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 5 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe 5 was assigned the IP Address 68.82.85.169. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 5 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: July 18, 2012

Respectfully submitted,

By: /s/ Christopher P. Fiore
Christopher P. Fiore
cfiore@fiorebarber.com
Attorneys At Law
425 Main Street, Suite 200
Harleysville, PA 19438
Phone: 215-256-0205
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

  I hereby certify that on July 18, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: <u>/s/ *Christopher P. Fiore*</u>