UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

----------------------------------------------------------------X
                                                                          :

MALIBU MEDIA, LLC,                                      :
                                                                          :   Civil Action No. 2:12-cv-02095-LDD
                            Plaintiff,            :

                      vs.                                  :

JOHN DOES 1-18,                                       :
                                                               :
                        Defendants.       :
----------------------------------------------------------------X

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOES 2, 4, 6, 7, 8, 10, 12, 13, 15, 16 AND 18 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Defendants, John Does 2, 4, 6, 7, 8, 10, 12, 13, 15, 16 and 18 from this action without prejudice. Defendants were issued the IP addresses 68.57.21.28, 68.81.221.124, 71.225.50.192, 71.225.68.11, 76.99.60.237, 98.225.155.124, 173.59.3.10, 71.175.16.201, 71.175.89.173, 71.185.73.131 and 72.94.179.69, respectively. Plaintiff has cently received the names and identifying information of many of the Defendants in this case and is unable to coordinate service of process to properly serve these Defendants by the Rule 4(m) deadline. Plaintiff plans on further investigating and confirming the information provided by the Internet Service Provider and will re-file and serve each Doe Defendant if deems necessary. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

    Dated: August 17, 2012

Respectfully submitted,

FIORE & BARBER, LLC


By:    /s/ *Christopher P. Fiore*_____
       Christopher P. Fiore, Esquire
       Aman M. Barber, III, Esquire
       Attorneys for Plaintiff
       425 Main Street, Suite 200
       Harleysville, PA 19438
       Tel: (215) 256-0205
       Fax: (215) 256-9205
       Email: cfiore@fiorebarber.com
       ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

       /s/ *Christopher P. Fiore*_____
       Christopher P. Fiore, Esquire