UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------X
          :
MALIBU MEDIA, LLC,          :
          :  Civil Action No. 2:12-cv-02095-LDD
        Plaintiff,      :
          :
    vs.          :
          :
JOHN DOES 1-18,          :
          :
        Defendants.      :
          :
------------------------------------------------------------X

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME
WITHIN WHICH IT HAS TO SERVE JOHN DOE DEFENDANTS
WITH A SUMMONS AND COMPLAINT**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC, moves for entry of an order extending the time within which Plaintiff has to serve Doe Defendants with a Summons and Complaint, and states:

1.    This is a copyright infringement case against eighteen (18) John Doe Defendants known to Plaintiff only by an IP address. The true identities of the Doe Defendants are known by their respective internet service providers ("ISPs").

2.    On May 30, 2012, Plaintiff served subpoenas on each of the ISPs, requesting that they produce the identifying information for the Defendants. The ISPs responses were due on or about July 31, 2012.

3.    To this day, Plaintiff has only received responses from two of the four ISPs, Comcast Corporation and Verizon Internet Services. Plaintiff has yet to receive responses from RCN Corporation and Cavalier.

4. Further, Plaintiff has been unable to obtain the identity of John Doe 14 because this Defendant filed a Motion to Quash that remains pending before the Court [Dkt. 15]. Plaintiff is unable to obtain the movant's identity until his motion has been adjudicated.

5. Pursuant to this Court's order dated May 29, 2012 [Dkt. 7], Plaintiff has until today, August 17, 2012, to serve Defendants with a summons and Complaint.

6. As Plaintiff is not yet in possession of all Defendants' identities, it is unable to effectuate service on the Defendants in compliance with this Court's order.

7. Procedurally, Plaintiff respectfully requests that the time within which it has to serve the Defendants be extended until at least thirty (30) days after this Court's ruling on the pending motion to quash. Such extension will allow Plaintiff enough time within which to obtain John Doe 14's identity, should the Court rule in Plaintiff's favor, obtain the responses from Cavalier and RCN, and file all pleadings necessary to effectuate service on the Defendants.

WHEREFORE, Plaintiff respectfully requests that the time within which it must serve the Doe Defendants be extended until thirty (30) days after the Court enters a ruling on John Doe 14's motion. A proposed order is attached for the Court's convenience.

Dated: August 17, 2012

Respectfully submitted,

FIORE & BARBER, LLC

By: /s/ *Christopher P. Fiore*
Christopher P. Fiore, Esquire
Aman M. Barber, III, Esquire
Attorneys for Plaintiff
425 Main Street, Suite 200
Harleysville, PA 19438
Tel: (215) 256-0205
Fax: (215) 256-9205
Email: cfiore@fiorebarber.com
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Christopher P. Fiore*