**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

-------------------------------------------------------------X

MALIBU MEDIA, LLC,

               Plaintiff,

      vs.

HONGKYE PARK,

           Defendant.

Civil Action No. 2:12-cv-02095-LDD

**FILED**

OCT 2 5 2012

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

-------------------------------------------------------------X

## COMPLAINT-ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGMENT

Plaintiff, Malibu Media, LLC, by and through its counsel, Fiore & Barber, LLC, sues Hongkye Park, and alleges:

### Introduction

1.    This matter arises under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. (the "Copyright Act").

2.    The Defendant copied and distributed most of a website containing 107 movies. This is known as a "siterip." The file containing the subject website is so large that the Defendant's computer must have worked collaboratively with other computers through the process described below for numerous weeks or months to effectuate a complete download and redistribution of the subject website.[1]

3.    Throughout this Complaint the word "Works" refers to 107 movies contained on the subject website.

---

[1] The hit dates listed in the exhibits are not evidence of when a particular Defendant started the download but are merely evidence of when the investigator's server recorded an IP address sending a particular piece of data.

4. Through this suit, Plaintiff alleges the Defendant is liable for:

- Direct copyright infringement in violation of 17 U.S.C. §§ 106 and 501; and

- Contributory copyright infringement.

## Jurisdiction And Venue

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338 (patents, copyrights, trademarks and unfair competition).

6. As set forth on Exhibit A, the defendant's acts of copyright infringement occurred using an Internet Protocol address ("IP address") traced to a physical address located within this District, and therefore this Court has personal jurisdiction over the Defendant because the Defendant committed the tortious conduct alleged in this Complaint in the Eastern District of the Commonwealth of Pennsylvania, and (a) the Defendant resides in the Eastern District of the Commonwealth of Pennsylvania, and/or (b) the Defendant has engaged in continuous and systematic business activity, or has contracted to supply goods or services in the Eastern District of the Commonwealth of Pennsylvania.

7. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c), because: (i) a substantial part of the events or omissions giving rise to the claims occurred in this District; and, (ii) the Defendant resides (and therefore can be found) in this District and the Defendant resides in this State; additionally, venue is proper in this District pursuant 28 U.S.C. § 1400(a) (venue for copyright cases) because the Defendant or the Defendant's agent resides or may be found in this District.

2

## Parties

8.     Plaintiff is a limited liability company organized and existing under the laws of the State of California and has its principal place of business located at 409 W. Olympic Boulevard, Suite 501, Los Angeles, CA 90015.

9.     Defendant, Hongkye Park, formerly known as John Doe 14, resides at 23 Arbor Cir, Hatfield, PA 18915.  As set forth on Exhibit A, defendant's IP address is 71.175.72.203.

10.     An IP address is a number that is assigned by an Internet Service Provider (an "ISP") to devices, such as computers, that are connected to the Internet.

11.     The ISP to which the Defendant subscribes can correlate the Defendant's IP address to the Defendant's true identity.

## Factual Background

I.     *Plaintiff Owns the Copyright to a Motion Picture*

12.     Plaintiff registered 22 of the 107 movies contained in the siterip with the United States Copyright Office.

13.     An internet screen shot from www.copyright.gov of each Registration is attached as Composite Exhibit B.

14.     The date on which the United States Copyright Office registered the works and the date IPP Limited recorded the Defendant's infringement is set forth on Exhibit C.  Exhibit C demonstrates that each infringement occurred after the registration date.

II.     *Defendant Used BitTorrent To Infringe Plaintiff's Copyright*

15.     BitTorrent is one of the most common peer-to-peer file sharing protocols (in other words, set of computer rules) used for distributing large amounts of data; indeed, it has been estimated that users using the BitTorrent protocol on the internet account for over a quarter

3

of all internet traffic. The creators and user's of BitTorrent developed their own lexicon for use when talking about BitTorrent; a copy of the BitTorrent vocabulary list posted on www.Wikipedia.com is attached as Exhibit D.

16.     The BitTorrent protocol's popularity stems from its ability to distribute a large file without creating a heavy load on the source computer and network. In short, to reduce the load on the source computer, rather than downloading a file from a single source computer (one computer directly connected to another), the BitTorrent protocol allows users to join a "swarm" of host computers to download and upload from each other simultaneously (one computer connected to numerous computers).

*A.*     *The Defendant Installed a BitTorrent Client onto his or her Computer*

17.     The Defendant installed a BitTorrent Client onto his or her computer.

18.     A BitTorrent "Client" is a software program that implements the BitTorent protocol. There are numerous such software programs including μTorrent and Vuze, both of which can be directly downloaded from the internet.   See www.utorrent.com and http://new.vuze-downloads.com/.

19.     Once installed on a computer, the BitTorrent "Client" serves as the user's interface during the process of uploading and downloading data using the BitTorrent protocol.

*B.*     *The Initial Seed, Torrent, Hash and Tracker*

20.     A BitTorrent user that wants to upload a new file, known as an "initial seeder," starts by creating a "torrent" descriptor file using the Client he or she installed onto his or her computer.

21.     The Client takes the target computer file, the "initial seed," here the subject website containing the copyrighted Works, and divides it into groups of bits known as "pieces."

22.     The Client then gives each one of the computer file's pieces, in this case, pieces of the copyrighted Works, a random and unique alphanumeric identifier known as a "<u>hash</u>" and records these hash identifiers in the torrent file.

23.     When another peer later receives a particular piece, the hash identifier for that piece is compared to the hash identifier recorded in the torrent file for that piece to test that the piece is error-free.  In this way, the hash identifier works like an electronic fingerprint to identify the source and origin of the piece and that the piece is authentic and uncorrupted.

24.     Torrent files also have an "announce" section, which specifies the <u>URL</u> (Uniform Resource Locator) of a "tracker," and an "info" section, containing (suggested) names for the files, their lengths, the piece length used, and the <u>hash identifier</u> for each piece, all of which are used by Clients on peer computers to verify the integrity of the data they receive.

25.     The "tracker" is a computer or set of computers that a torrent file specifies and to which the torrent file provides peers with the URL address(es).

26.     The tracker computer or computers direct a peer user's computer to other peer user's computers that have particular pieces of the file, here the copyrighted Works, on them and facilitates the exchange of data among the computers.

27.     Depending on the BitTorrent Client, a tracker can either be a dedicated computer (centralized tracking) or each peer can act as a tracker (decentralized tracking).

C.     *Torrent Sites*

28.     "Torrent sites" are websites that index torrent files that are currently being made available for copying and distribution by people using the BitTorrent protocol.  There are numerous torrent websites, including <u>www.TorrentZap.com</u>, <u>www.Btscene.com</u>, <u>www.ExtraTorrent.com</u>, and <u>www.piratebay.org</u>.

29.    Upon information and belief, the Defendant went to a torrent site to upload and download Plaintiff's copyrighted Works.

D.    *Uploading and Downloading Works Through a BitTorrent Swarm*

30.    Once the initial seeder has created a torrent and uploaded it onto a torrent site then other peers begin to download and upload the computer file to which the torrent is linked (here the copyrighted Works) using the BitTorrent protocol and BitTorrent Client that the peers installed on their computers.

31.    The BitTorrent protocol causes the initial seed's computer to send different pieces of the computer file, here the copyrighted Works, to the peers seeking to download the computer file.

32.    Once a peer receives a piece of the computer file, here a piece of the Copyrighted Works, it starts transmitting that piece to the other peers.

33.    In this way, all of the peers and seeders are working together in what is called a "swarm."

34.    Here, the Defendant peer member participated in the same swarm and directly interacted and communicated with other members of that swarm through digital handshakes, the passing along of computer instructions, uploading and downloading, and by other types of transmissions.

35.    In this way, and by way of example only, one initial seeder can create a torrent that breaks a movie up into hundreds or thousands of pieces saved in the form of a computer file, like the Works here, upload the torrent onto a torrent site, and deliver a different piece of the copyrighted work to each of the peers.  The recipient peers then automatically begin delivering the piece they just received to the other peers in the same swarm.

6

36.    Once a peer, here the Defendant, has downloaded the full file, the BitTorrent Client reassembles the pieces and the peer is able to view the movie.

E.    *Plaintiff's Computer Investigators Identified the Defendant's IP Address as a Participant in a Swarm That Was Distributing Plaintiff's Copyrighted Works*

37.    Plaintiff retained IPP, Limited ("IPP") to identify the IP addresses that are being used by those people that are using the BitTorrent protocol and the internet to reproduce, distribute, display or perform Plaintiffs' copyrighted works.

38.    IPP used forensic software named INTERNATIONAL IPTRACKER v1.2.1 and related technology enabling the scanning of peer-to-peer networks for the presence of infringing transactions.

39.    IPP extracted the resulting data emanating from the investigation, reviewed the evidence logs, and isolated the transactions and the IP addresses associated therewith for the file identified by the SHA-1 hash value of 625659538761601BE56B75C3D1DF1053A7C8BB28 (the "Unique Hash Number").

40.    The IP address, Unique Hash Number and hit dates contained on Exhibit A accurately reflect what is contained in the evidence logs, and show:

(A)    The Defendant had copied a piece of Plaintiff's copyrighted Works identified by the Unique Hash Number; and

(B)    Therefore, the Defendant was part of the same series of transactions.

41.    Through each of the transactions, the Defendant's computer used its identified IP address to connect to the investigative server from a computer in this District in order to transmit a full copy, or a portion thereof, of a digital media file identified by the Unique Hash Number.

42.    IPP's agent analyzed each BitTorrent "piece" distributed by each IP address listed on Exhibit A and verified that re-assemblage of the pieces using a BitTorrent Client results

in a fully playable digital motion picture of the Works.

43.     IPP's agent viewed the Works side-by-side with the digital media file that correlates to the Unique Hash Number and determined that they were identical, strikingly similar or substantially similar.

### Miscellaneous

44.     All conditions precedent to bringing this action have occurred or been waived.

45.     Plaintiff retained counsel to represent it in this matter and is obligated to pay said counsel a reasonable fee for its services.

### COUNT I
### Direct Infringement Against Hongkye Park

46.     The allegations contained in paragraphs 1-45 are hereby re-alleged as if fully set forth herein.

47.     Plaintiff is the owner of the copyrights for the Works, each of which contains an original work of authorship.

48.     By using the BitTorrent protocol and a BitTorrent Client and the processes described above, the Defendant copied the constituent elements of the Works that are original.

49.     Plaintiff did not authorize, permit or consent to Defendant's copying of its Works.

50.     As a result of the foregoing, the Defendant violated Plaintiff's exclusive right to:

(A)     Reproduce the Works in copies, in violation of 17 U.S.C. §§ 106(1) and 501;

(B)     Redistribute copies of the Works to the public by sale or other transfer of ownership, or by rental, lease or lending, in violation of 17 U.S.C. §§ 106(3) and 501;

(C)     Perform the copyrighted Works, in violation of 17 U.S.C. §§ 106(4) and 501, by showing the Works' images in any sequence and/or by making the sounds accompanying the Works audible and transmitting said performance of the Works, by means of a device or process,

to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definitions of "perform" and "publically" perform); and

(D)     Display the copyrighted Works, in violation of 17 U.S.C. §§ 106(5) and 501, by showing individual images of the Works nonsequentially and transmitting said display of the Works by means of a device or process to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definition of "publically" display).

51.     The Defendant's infringements were committed "willfully" within the meaning of 17 U.S.C. § 504(c)(2).

52.     Plaintiff has suffered actual damages that were proximately caused by the Defendant including lost sales, price erosion and a diminution of the value of its copyrights.

WHEREFORE, Plaintiff respectfully requests that the Court:

(A)     Permanently enjoin the Defendant and all other persons who are in active concert or participation with the Defendant from continuing to infringe Plaintiff's copyrighted Works;

(B)     Order that the Defendant delete and permanently remove the torrent file relating to Plaintiff's copyrighted Works from each of the computers under the Defendant's possession, custody or control;

(C)     Order that the Defendant delete and permanently remove the copy of the Works the Defendant has on the computers under Defendant's possession, custody or control;

(D)     Award Plaintiff the greater of: (i) statutory damages in the amount of $150,000 per registered Work infringed, pursuant to 17 U.S.C. § 504-(a) and (c), or (ii) Plaintiff's actual damages and any additional profits of the Defendant pursuant to 17 U.S.C. § 504-(a)-(b);

(E)     Award Plaintiff its reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505; and

9

(F)     Grant Plaintiff any other and further relief this Court deems just and proper.

**COUNT II**
**Contributory Infringement Against Hongkye Park**

53.    The allegations contained in paragraphs 1-45 are hereby re-alleged as if fully set forth herein.

54.    Plaintiff is the owner of the copyrights for the Works, each of which contains an original work of authorship.

55.    By using the BitTorrent protocol and a BitTorrent Client and the processes described above, the Defendant copied the constituent elements of each of the Works that are original.

56.    The Defendant knew or should have known that other BitTorrent users would become members of a swarm with the Defendant.

57.    The Defendant knew or should have known that other BitTorrent users in a swarm with it were directly infringing Plaintiff's copyrighted Works by copying constituent elements of the Works that are original.

58.    Each of the Defendant's contributory infringements were committed "willfully" within the meaning of 17 U.S.C. § 504(c)(2).

59.    Plaintiff has suffered actual damages that were proximately caused by the Defendant including lost sales, price erosion, and a diminution of the value of its copyright.

WHEREFORE, Plaintiff respectfully requests that the Court:

(A)     Permanently enjoin the Defendant and all other persons who are in active concert or participation with the Defendant from continuing to infringe Plaintiff's copyrighted Works;

(B)     Order that the Defendant delete and permanently remove the torrent file relating to Plaintiff's copyrighted Works from each of the computers under each such Defendant's

possession, custody or control;

(C)     Order that the Defendant delete and permanently remove the copy of the Works the Defendant has on the computers under Defendant's possession, custody or control;

(E)     Award Plaintiff the greater of: (i) statutory damages in the amount of $150,000 per registered Work infringed, pursuant to 17 U.S.C. § 504-(a) and (c), or (ii) Plaintiff's actual damages and any additional profits of the Defendant pursuant to 17 U.S.C. § 504-(a)-(b);

(F)     Award Plaintiff its reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505; and

(G)     Grant Plaintiff any other and further relief this Court deems just and proper.

## DEMAND FOR A JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

FIORE & BARBER, LLC

By: _____
Christopher P. Fiore, Esquire
Aman M. Barber, III, Esquire
Attorneys for Plaintiff
425 Main Street, Suite 200
Harleysville, PA 19438
Tel:  (215) 256-0205
Fax:  (215) 256-9205
Email:  cfiore@fiorebarber.com

**SHA-1 Hash:** 625659538761601BE56B75C3D1DF1053A7C8BB28   **Title:**   X-Art Siterip #2
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|------|------|------|------|------|------|------|
| 14 | 71.175.72.203 | 2/14/2012 20:58 | Chalfont | PA | Verizon Internet Services | BitTorrent |

EXHIBIT A

# Copyright
United States Copyright Office

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = carlie beautiful blowjob
Search Results: Displaying 1 of 1 entries





*Carlie Beautiful Blowjob .*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762079 / 2011-11-21
**Application Title:** Carlie Beautiful Blowjob .
**Title:** Carlie Beautiful Blowjob .
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-03-26
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
Authorship: entire motion picture.
**Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
Select Download Format   Full Record   ▾   Format for Print/Save

Enter yo                                                    Email



## EXHIBIT B

/9/12                          WebVoyage Record View 1

# Copyright
United States Copyright Office

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = carlie big toy orgasm
Search Results: Displaying 1 of 1 entries





*Carlie Big Toy Orgasm.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001776839 / 2012-02-21
**Application Title:** Carlie Big Toy Orgasm.
**Title:** Carlie Big Toy Orgasm.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-03-22
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC





| Save, Print and Email (Help Page) |
| Select Download Format Full Record ☑ Format for Print/Save |
| Enter your email address: [    ] Email |

# Copyright
United States Copyright Office

**The U.S. Copyright Office Catalog will not be available between 6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to routine system maintenance. We apologize for any inconvenience to our users.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = carlie leila strawberries and wine
Search Results: Displaying 1 of 1 entries





*Carlie Leila Strawberries and Wine .*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762081 / 2011-11-18
**Application Title:** Carlie Leila Strawberries and Wine .
**Title:** Carlie Leila Strawberries and Wine .
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-05-07
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC





| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address:                          Email |



**Help    Search    History    Titles    Start Over**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = daddy's office
Search Results: Displaying 1 of 1 entries





*Daddy's Office.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001776838 / 2012-02-21
**Application Title:** Daddy's Office.
**Title:** Daddy's Office.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-11-12
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC





Save, Print and Email (**Help Page**)
Select Download Format  Full Record  ▼   Format for Print/Save
Enter your email address:                          Email

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

/9/12                                        WebVoyage Record View 1



The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = deep inside caprice
Search Results: Displaying 1 of 1 entries





*Deep Inside Caprice.*

|                             |                                                                 |
|----------------------------:|-----------------------------------------------------------------|
| Type of Work:               | Motion Picture                                                  |
| Registration Number / Date: | PA0001776837 / 2012-02-21                                        |
| Application Title:          | Deep Inside Caprice.                                             |
| Title:                      | Deep Inside Caprice.                                             |
| Description:                | Electronic file (eService)                                      |
| Copyright Claimant:         | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| Date of Creation:           | 2011                                                            |
| Date of Publication:        | 2011-04-13                                                      |
| Nation of First Publication: | United States                                                  |
| Authorship on Application:  | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| Names:                      | Malibu Media LLC                                                |



| Save, Print and Email (Help Page) |
| Select Download Format  Full Record ▾  Format for Print/Save |
| Enter your email address:  Email |



# Copyright
### United States Copyright Office

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = faye prelude to an orgy
Search Results: Displaying 1 of 1 entries





*Faye Prelude to an Orgy.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001776836 / 2012-02-21
**Application Title:** Faye Prelude to an Orgy.
**Title:** Faye Prelude to an Orgy.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2011
**Date of Publication:** 2011-02-11
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
Authorship: entire motion picture.
**Names:** Malibu Media LLC





WebVoyage Record View 1

/9/12



The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = hayden pink and tight
Search Results: Displaying 1 of 1 entries



Labeled View

*Hayden Pink and Tight.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001776805 / 2012-02-21
**Application Title:** Hayden Pink and Tight.
**Title:** Hayden Pink and Tight.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2011
**Date of Publication:** 2011-04-04
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ▾  Format for Print/Save |
| Enter your email address:                              Email |



/9/12



The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = kat translucence
Search Results: Displaying 1 of 1 entries





*Kat Translucence.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762073 / 2011-11-19
**Application Title:** Kat Translucence.
**Title:** Kat Translucence.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2009
**Date of Publication:** 2009-11-20
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
Authorship: entire motion picture.
**Names:** Malibu Media LLC





| Save, Print and Email (**Help Page**) |
| Select Download Format Full Record [▼] [Format for Print/Save] |
| Enter your email address: [Email] |



**Copyright** United States Copyright Office

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = katka cum like crazy
Search Results: Displaying 1 of 1 entries

[◄ previous]  [next ►]



*Katka Cum Like Crazy.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762074 / 2011-11-21
**Application Title:** Katka Cum Like Crazy.
**Title:** Katka Cum Like Crazy.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-07-07
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
Authorship: entire motion picture.
**Names:** Malibu Media LLC

[◄ previous]  [next ►]





| Save, Print and Email (Help Page) |
| Select Download Format  Full Record [▼]  [Format for Print/Save] |
| Enter your email address: _____  [Email] |

ocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=katka+cum+like+crazy&Search_Code=TALL&PI...

1/

WebVoyage Record View 1

./9/12



United States Copyright Office

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = katka sweet surprise
Search Results: Displaying 1 of 1 entries





*Katka Sweet Surprise.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762075 / 2011-11-18
**Application Title:** Katka Sweet Surprise.
**Title:** Katka Sweet Surprise.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-08-04
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
| Select Download Format  Full Record  [▾]  : Format for Print/Save: |
| Enter your email address:  [ Email |

ocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=katka+sweet+surprise&Search_Code=TALL&PI...

1/

**Copyright** United States Copyright Office

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = kristen girl next door
Search Results: Displaying 1 of 1 entries





*Kristen Girl Next Door.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762076 / 2011-11-18
**Application Title:** Kristen Girl Next Door.
**Title:** Kristen Girl Next Door.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-08-25
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
Authorship: entire motion picture.
**Names:** Malibu Media LLC





| Save, Print and Email (**Help Page**) |
| Select Download Format  Full Record ▾  Format for Print/Save. |
| Enter your email address: _____  Email |

ocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=kristen+girl+next+door&Search_Code=TALL&Pl...

1/

WebVoyage Record View 1

/9/12



**United States Copyright Office**

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = leila faye awesome threesome
Search Results: Displaying 1 of 1 entries





*Leila Faye Awesome Threesome.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001776804 / 2012-02-21
**Application Title:** Leila Faye Awesome Threesome.
**Title:** Leila Faye Awesome Threesome.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2011
**Date of Publication:** 2011-02-02
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
Authorship: entire motion picture.
**Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▼  Format for Print/Save |
| Enter your email address:  Email |

ocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=leila+faye+awesome+threesome&Search_Cod...

1/

# Copyright
United States Copyright Office

> The U.S. Copyright Office Catalog will not be available between
> 6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
> routine system maintenance. We apologize for any inconvenience
> to our users.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = leila naked in the hot sun
Search Results: Displaying 1 of 1 entries





### *Leila Naked in the Hot Sun.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001776803 / 2012-02-21
**Application Title:** Leila Naked in the Hot Sun.
**Title:** Leila Naked in the Hot Sun.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2011
**Date of Publication:** 2011-03-25
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
Authorship: entire motion picture.
**Names:** Malibu Media LLC





| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record  ⌄  [Format for Print/Save] |
| Enter your email address:                          [Email] |

ocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=leila+naked+in+the+hot+sun&Search_Code=TA...

1/

# Copyright
### United States Copyright Office

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = leila sex on the beach
Search Results: Displaying 1 of 1 entries





*Leila Sex On The Beach.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762083 / 2011-11-21 |
| **Application Title:** | Leila Sex On The Beach. |
| **Title:** | Leila Sex On The Beach. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd., Malibu, CA, 90265, United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-12-22 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format   Full Record   ▾   Format for Print/Save |
| Enter your email address:                                Email |



# Copyright
### United States Copyright Office

**The U.S. Copyright Office Catalog will not be available between 6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to routine system maintenance. We apologize for any inconvenience to our users.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = maryjane young love
Search Results: Displaying 1 of 1 entries





*MaryJane Young Love.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762404 / 2011-11-23 |
| **Application Title:** | MaryJane Young Love. |
| **Title:** | MaryJane Young Love. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-08-15 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |





| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format   Full Record   [▾]   Format for Print/Save |
| Enter your email address:   Email |



**United States Copyright Office**

> The U.S. Copyright Office Catalog will not be available between
> 6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
> routine system maintenance. We apologize for any inconvenience
> to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = megan morning bath
Search Results: Displaying 1 of 1 entries





### *Megan Morning Bath.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762077 / 2011-11-18
**Application Title:** Megan Morning Bath.
**Title:** Megan Morning Bath.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-02-12
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC



| Save, Print and Email (**Help Page**) |
| Select Download Format  Full Record  ▾   Format for Print/Save |
| Enter your email address:                              Email |



ocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=megan+morning+bath&Search_Code=TALL&PI...

1/

# Copyright
United States Copyright Office

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = mina's fantasy
Search Results: Displaying 1 of 2 entries





*Mina's Fantasy.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762078 / 2011-11-23
**Application Title:** Mina's Fantasy.
**Title:** Mina's Fantasy.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-06-25
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
Authorship: entire motion picture.
**Names:** Malibu Media LLC





| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format   Full Record  ▾   [Format for Print/Save] |
| Enter your email address:   [Email] |



**Copyright** United States Copyright Office

The U.S. Copyright Office Catalog will not be available between 6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to routine system maintenance. We apologize for any inconvenience to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = tatiana the voyeur
Search Results: Displaying 1 of 1 entries





*Tatiana the Voyeur.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001776808 / 2012-02-21
**Application Title:** Tatiana the Voyeur.
**Title:** Tatiana the Voyeur.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2011
**Date of Publication:** 2011-03-23
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC





| Save, Print and Email (**Help Page**) |
| Select Download Format Full Record [▼] [Format for Print/Save] |
| Enter your email address: [Email] |

# Copyright
### United States Copyright Office

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 44 of 46 entries





### *The Ultimate Blowjob.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001776806 / 2012-02-21
**Application Title:** The Ultimate Blowjob.
**Title:** The Ultimate Blowjob.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2011
**Date of Publication:** 2011-04-22
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States.
Authorship: entire motion picture.
**Names:** Malibu Media LLC





| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record [  ]  Format for Print/Save |
| Enter your email address:                          Email |

ocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=44&tl=26,44&Search_Arg=malibu media&Search_Code=...

1/

/9/12                              WebVoyage Record View 1

# Copyright
### United States Copyright Office

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = tiffany sex with a supermodel
Search Results: Displaying 1 of 1 entries





### *Tiffany Sex with a Supermodel.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762022 / 2011-11-21
**Application Title:** Tiffany Sex with a Supermodel.
**Title:** Tiffany Sex with a Supermodel.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2011
**Date of Publication:** 2011-02-23
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC





| Save, Print and Email (**Help Page**) |
| Select Download Format  Full Record  ▾  Format for Print/Save |
| Enter your email address:                              Email |

ocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=tiffany+sex+with+a+supermodel&Search_Cod...

1/


**Copyright** United States Copyright Office

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = tiffany teenagers in love
Search Results: Displaying 1 of 1 entries





*Tiffany Teenagers In Love.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762019 / 2011-11-20
**Application Title:** Tiffany Teenagers In Love.
**Title:** Tiffany Teenagers In Love.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-12-29
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
| Select Download Format   Full Record  ▾   Format for Print/Save |
| Enter your email address:                          Email |

/9/12                                    WebVoyage Record View 1

# Copyright
United States Copyright Office

---

The U.S. Copyright Office Catalog will not be available between
6:30am and 8:30am U.S. Eastern Time on Sunday, April 8 due to
routine system maintenance. We apologize for any inconvenience
to our users.

| Help | Search | History | Titles | Start Over |
| --- | --- | --- | --- | --- |

---

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Title = tori the endless orgasm

Search Results: Displaying 1 of 1 entries





### *Tori The Endless Orgasm.*

**Type of Work:** Motion Picture

**Registration Number / Date:** PA0001762082 / 2011-11-18

**Application Title:** Tori The Endless Orgasm.

**Title:** Tori The Endless Orgasm.

**Description:** Electronic file (eService)

**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.

**Date of Creation:** 2010

**Date of Publication:** 2010-10-20

**Nation of First Publication:** United States

**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.

**Names:** Malibu Media LLC



| Save, Print and Email (Help Page) |
| --- |
| Select Download Format  Full Record  ⌄   Format for Print/Save |
| Enter your email address:                      Email |



---

Doe #14 – Hongkye Park

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 02/14/2012 20:58:26 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 02/14/2012 20:58:26 |
| Faye Prelude to an Orgy | 02/11/2011 | 02/21/2012 | 02/14/2012 20:58:26 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 02/14/2012 20:58:26 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 02/14/2012 20:58:26 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 02/14/2012 20:58:26 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 02/14/2012 20:58:26 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 02/14/2012 20:58:26 |
| MaryJane Young Love | 08/15/2011 | 11/23/2011 | 02/14/2012 20:58:26 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 02/14/2012 20:58:26 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 02/14/2012 20:58:26 |
| Tiffany Sex with a Supermodel | 02/23/2011 | 11/21/2011 | 02/14/2012 20:58:26 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 02/14/2012 20:58:26 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 02/14/2012 20:58:26 |

**Total Statutory Copyright Infringements for Doe #14, Hongkye Park:  14**

EXHIBIT C

# BitTorrent vocabulary

From Wikipedia, the free encyclopedia
   (Redirected from Terminology of BitTorrent)

This list explains terms used when discussing **BitTorrent clients**, and in particular the BitTorrent protocol used by these clients.

## Common BitTorrent terms

### Announce

Same as "scrape" (see below), but a client also announces that it wants to join the swarm and that the server should add it to the list of peers in that swarm.

### Availability

(Also known as distributed copies.) The number of full copies of the file available to the client. Each seed adds 1.0 to this number, as they have one complete copy of the file. A connected peer with a fraction of the file available adds that fraction to the availability, if no other peer has this part of the file.
*Example:* a peer with 65.3% of the file downloaded increases the availability by 0.653. However, if two peers both have the same portion of the file downloaded - say 50% - and there is only one seeder, the availability is 1.5.

### Choked

Describes a peer to whom the client refuses to send file pieces. A client *chokes* another client in several situations:

- The second client is a *seed*, in which case it does not want any pieces (i.e., it is completely *uninterested*)
- The client is already uploading at its full capacity (it has reached the value of `max_uploads`)
- The second client has been blacklisted for being abusive or is using a blacklisted BitTorrent client.

### Client

The program that enables p2p file sharing via the BitTorrent protocol. Examples of clients include μTorrent and Vuze.

### Downloader

A *downloader* is any peer that does not have the entire file and is downloading the file. This term, used in Bram Cohen's Python implementation, lacks the negative connotation attributed to *leech*. Bram prefers *downloader* to *leech* because BitTorrent's tit-for-tat ensures downloaders also upload and thus do not unfairly qualify as *leeches*.

EXHIBIT D

## End Game

Bittorrent has a couple of download strategies for initializing a download, downloading normally among the middle of the torrent, and downloading the last few **pieces** (see below) of a torrent. Typically, the last download pieces arrive more slowly than the others since the faster and more easily accessible pieces should have already been obtained, so to prevent this, the BitTorrent client attempts to get the last missing pieces from all of its peers. Upon receiving a piece, a cancel request command is sent to other peers.

## Fake

A fake torrent is a torrent that does not contain what is specified in its name or description(i.e. a torrent is said to contain a video, but it contains only a snapshot of a moment in the video, or in some cases a virus).

## Hash

The hash is a string of alphanumeric characters in the .torrent file that the client uses to verify the data that is being transferred. It contains information like the file list, sizes, pieces, etc. Every piece received is first checked against the hash. If it fails verification, the data is discarded and requested again. The 'Hash Fails' field in the torrent's General tab shows the number of these hash fails.

Hash checks greatly reduce the chance that invalid data is incorrectly identified as valid by the BitTorrent client, but it is still possible for invalid data to have the same hash value as the valid data and be treated as such. This is known as a hash collision.

## Health

Health is shown in a bar or in % usually next to the torrents name and size, on the site where the .torrent file is hosted. It shows if all pieces of the torrent are available to download (i.e. 50% means that only half of the torrent is available).

## Index

An *index* is a list of .torrent files (usually including descriptions and other information) managed by a website and available for searches. An *index* website can also be a *tracker*.

## Interested

Describes a downloader who wishes to obtain pieces of a file the client has. For example, the uploading client would flag a downloading client as 'interested' if that client did not possess a piece that it did, and wished to obtain it.

## Leech

A *leech* is a term with two meanings. Usually it is used to refer a *peer* who has a negative effect on the swarm by having a very poor share ratio (downloading much more than they upload). Most leeches are users on asymmetric internet connections and do not leave their BitTorrent client open

to seed the file after their download has completed. However, some leeches intentionally avoid uploading by using modified clients or excessively limiting their upload speed.
The often used second meaning of *leech* is synonymous with *downloader* (see above): used simply to describe a *peer* or any client that does not have 100% of the data. This alternative meaning was mainly introduced by most BitTorrent tracker sites.

## Lurker

A *lurker* is a user that only downloads files from the group but does not add new content. It does not necessarily mean that the lurker will not seed. Not to be confused with a *leecher*.

## p2p

Stands for "peer to peer", which is the technology used for file sharing among computer users over the internet. In a p2p network, each node (or computer on the network) acts as both a client and a server. In other words, each computer is capable of both sending and receiving data.

## Peer

A *peer* is one instance of a BitTorrent client running on a computer on the Internet to which other clients connect and transfer data. Usually a *peer* does not have the complete file, but only parts of it. However, in the colloquial definition, "peer" can be used to refer to any participant in the swarm (in this case, it's synonymous with "client").

## Piece

This refers to the torrented files being divided up into equal specific sized pieces (*e.g.* 512Kb, 1Mb). The pieces are distributed in a random fashion among peers in order to optimize trading efficiency.

## Ratio credit

A *ratio credit*, also known as *upload credit* or *ratio economy*, is a currency system used on a number of private trackers to provide an incentive for higher upload/download ratios among member file-sharers. In such a system, those users who have greater amounts of bandwidth, hard drive space (particularly seedboxes) or idle computer uptime are at a greater advantage to accumulate ratio credits versus those who are lacking in any one or more of the same resources.

## Scrape

This is when a client sends a request to the tracking server for information about the statistics of the torrent, such as with whom to share the file and how well those other users are sharing.

## Seeder

A *seeder* is a *peer* that has an entire copy of the torrent and offers it for upload. The more *seeders* there are, the better the chances of getting a higher download speed. If the seeder seeds the whole copy of the download, they should get faster downloads.

## Share ratio

A user's share ratio for any individual torrent is a number determined by dividing the amount of data that user has uploaded by the amount of data they have downloaded. Final share ratios over 1 carry a positive connotation in the BitTorrent community, because they indicate that the user has sent more data to other users than they received. Likewise, share ratios under 1 have negative connotation.

## Snubbed

An uploading client is flagged as *snubbed* if the downloading client has not received any data from it in over 60 seconds.

## Super-seeding

When a file is new, much time can be wasted because the seeding client might send the same file piece to many different peers, while other pieces have not yet been downloaded at all. Some clients, like ABC, Vuze, BitTornado, TorrentStorm, and µTorrent have a "super-seed" mode, where they try to only send out pieces that have never been sent out before, theoretically making the initial propagation of the file much faster. However the super-seeding becomes substantially less effective and may even reduce performance compared to the normal "rarest first" model in cases where some peers have poor or limited connectivity. This mode is generally used only for a new torrent, or one which must be re-seeded because no other seeds are available.

## Swarm

*Main article: segmented downloading*

Together, all *peers* (including *seeders*) sharing a *torrent* are called a *swarm*. For example, six ordinary *peers* and two *seeders* make a *swarm* of eight.

## Torrent

A *torrent* can mean either a `.torrent` metadata file or all files described by it, depending on context. The *torrent file* contains metadata about all the files it makes downloadable, including their names and sizes and checksums of all pieces in the *torrent*. It also contains the address of a *tracker* that coordinates communication between the peers in the swarm.

## Tracker

A *tracker* is a server that keeps track of which seeds and peers are in the swarm. Clients report information to the tracker periodically and in exchange, receive information about other clients to which they can connect. The tracker is not directly involved in the data transfer and does not have a copy of the file.

# See also

Retrieved from "http://en.wikipedia.org/wiki/BitTorrent_vocabulary"
Categories: BitTorrent | Lexis.

BitTorrent vocabulary – Wikipedia, the free encyclopedia                    Page 5 of 5

- This page was last modified on 22 February 2011 at 15:22.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of Use for details.
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.